AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:20-MJ-09 LDA |
| | ) | |
| | ) | |
| Abrar Anjum | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May, 2019 _____ in the county of _____ in the District of _____ Rhode Island _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343; | Wire fraud; |
| 18 U.S.C. § 1349; and | Conspiracy to commit wire fraud; and |
| 18 U.S.C. § 2326. | Telemarketing or email marketing fraud. |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent, Craig A. Graham, of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent, Craig A. Graham ~ FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/23/2020__

_____
*Judge's signature*

City and state:   _____ Providence, Rhode Island _____   Lincoln D. Almond, U.S. Magistrate Judge
_____
*Printed name and title*