UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No ___1:20CR67-JJM-LDA___ |
| v. | In Violation of 18 U.S.C. § 1349 |
| ABRAR ANJUM | |

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**
(Conspiracy to Commit Wire Fraud)

**Introduction**

At all times relevant to this Indictment:

1.      Defendant ABRAR ANJUM ("ANJUM") was a foreign national who held a visa that permitted him to travel and stay for periods of time in the United States, and he had a bank account that he used to advance the conspiracy described herein.

2.      "Pop-up advertisements" refers to the form of online advertising that appears or pops-up suddenly on computer screens while users are browsing other material on the World Wide Web.  Generally, pop-up advertisements are generated by code embedded in certain web sites.  If a computer user navigated to or from such a web site, the embedded code directs the user's internet browser to open a new browser window and displays the pop-up advertisement.

3.      "Malware" refers to software that is designed to disrupt, damage or gain unauthorized access to a computer system.  Computer viruses are a form of malware.

4.      "Call center" refers to an operation that engages in telephone communications with the public, and includes operations where operators attempted to sell purported computer protection services to callers who have been misled to believe that malware has been detected on their computers.

1

## The Conspiracy

5.      Beginning on a date in 2019 that is not known but that is no later than on or about October 29, 2019, in the District of Rhode Island and elsewhere, Defendant ABRAR ANJUM and known and unknown coconspirators did knowingly, willfully, and unlawfully combine, conspire, and agree with each other to commit wire fraud by knowingly devising and intending to devise a scheme and artifice to defraud and obtain money and property from others by means of false and fraudulent pretenses, representations, and promises, through the transmission in interstate commerce of wire communications, in violation of 18 U.S.C. § 1343.

## Object of the Conspiracy

6.      The object of the conspiracy was for Defendant ABRAR ANJUM and his coconspirators to enrich themselves unlawfully by misrepresenting to victims that malware had been detected on their computers; by obtaining payment from the victims for putative services that would supposedly remove or manage such malware; by obtaining from the victims' computers information sufficient to gain access to the victims' bank accounts; and by routing the victims' money to Defendant ABRAR ANJUM and his coconspirators.

## Manner and Means of Conspiracy

7.      Coconspirators directed pop-up advertising, via interstate wire transmissions, to a victim; falsely represents to the victim that malware had been detected on the victim's computer; and directed the victim to call a telephone number for assistance.

8.      On calling the telephone number, the victim was directed to a call center operator who obtained remote access to the victim's computer and searched it for information sufficient to access the victim's bank accounts and draw funds from them. Where such information was obtained, coconspirators accessed the victim's bank account and withdrew funds from it.

2

9.      In the course of conversation with the victim, the call center operator offered to sell the victim supposed computer protection services.  The victim was directed to pay for the purported services by directing money to an account controlled by the coconspirators.

10.     Funds obtained from the victim, either through unauthorized withdrawal from the victim's bank account or payment from the victim for supposed computer protection services, were directed to Defendant ABRAR ANJUM and coconspirators.

### Acts in Furtherance of Conspiracy

11.     On or about October 29, 2019, a pop-up advertisement was directed to and appeared on the screen of PH's computer.

12.     The pop-up advertisement falsely advised PH that malware had been detected on her computer and directed her to call a particular telephone number for assistance.  The pop-up advertisement falsely indicated that the telephone belonged to Microsoft Corporation or its agents.

13.     PH telephoned the number and was routed to a call center located outside the United States.  PH spoke to a male who introduced himself as "Wilson." PH, following Wilson's directions, took steps that enabled Wilson to obtain remote access, which involved wire transmissions, to PH's computer.  Wilson, via the internet, opened a file on PH's computer that contained the name of PH's bank and information for electronically accessing PH's bank account, including username and password.

14.     Wilson advised PH of two different computer security packages she could purchase and advised her to make payment by purchasing gift cards and sending them to a particular address.  PH declined to purchase either supposed computer security package.

15.     On or about October 29, 2019, a computer-generated check or draft for $15,000 from PH's bank account was, without the authorization of PH, sent to a bank account held by another person ("AB"), who was located in Rhode Island and had been

3

directed to maintain that account for the purpose of accepting money on behalf of Defendant ABRAR ANJUM and his coconspirators.

16.    On or about November 7, 2019, Defendant ABRAR ANJUM sent AB, who was in Rhode Island, a text message inquiring whether AB had received and deposited the $15,000 check into AB's bank account.

17.    On or about November 16, 2019, Defendant ABRAR ANJUM sent AB, who was in Rhode Island, a text message asking that the money be transferred to Defendant ABRAR ANJUM's bank account.

18.    On or about November 20, 2019, a coconspirator telephoned AB and told him that until the money was transferred from AB's account there would be no new money directed to AB's account, and in the course of that conversation, the coconspirator identified as his partner Defendant ABRAR ANJUM.

19.    On or about November 22, 2019, Defendant ABRAR ANJUM sent AB a text message saying, "[I]ts my last request[.]  [G]et it sorted by hook or by crook[.] Tmrw I want the whole money in my account."

All in violation of 18 U.S.C. § 1349.


AARON L. WEISMAN
United States Attorney


MILIND M. SHAH
Assistant U.S. Attorney


WILLIAM FERLAND    by permission
WILLIAM J. FERLAND
Assistant U.S. Attorney
Criminal Division Chief

Date: Aug 14 , 2020

4