PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
| --- |

BY: ☒ INFORMATION  ☐ INDICTMENT  ☐ COMPLAINT

CASE NO.    1:20CR67-JJM-LDA

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile

☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM

AARON WEISMAN
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)

Milind M. Shah

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Craig A. Graham, Special Agent ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
LDA/ 20-mj-009

Place of offense: RHODE ISLAND    County

USA vs.

Defendant: Abrar Anjum

Address: Unknown
India

☐ Interpreter Required    Dialect: _____

Birth Date ▆▆1986    ☒ Male  ☐ Female    ☐ Alien (if applicable)

Social Security Number _____

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date 2/3/2020 _____ or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Noah J. Kilroy, Esquire

☐ FPD  ☐ CJA  ☒ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
| --- |

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
| --- | --- | --- | --- |
|  | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | ☒ Felony ☐ Misdemeanor |
|  | Imprisonment: 20 years/ Fine: $250,000.00 | Supervised release: 3 years/ Special assessment: $100.00 | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  | Estimated Trial Days: 5 | ☐ Felony ☐ Misdemeanor |