## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **CRIMINAL NO.  1:20-CR-00067** |
| **V.** | ) | |
| | ) | |
| | ) | |
| **ABRAR ANJUM** | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

The Defendant in this matter respectfully requests, through Counsel, that this Honorable Court continue the sentencing hearing currently scheduled for November 9, 2020, to a date approximately 8 weeks out, which is convenient to the Court.

As grounds, Counsel states that further investigation is needed for Defendant to look into an issue that may impact sentencing.

Assistant U.S. Attorney Milind Shah has been notified of this request and does not oppose the requested continuance.

ABRAR ANJUM
**By his attorney,**

/s/ Noah J. Kilroy

**Noah J. Kilroy # 9238**
**Kilroy Law Firm**
**127 Dorrance St., Floor 4**
**Providence, RI 02903**

**[Signature And Certification On Next Page]**

## CERTIFICATE OF SERVICE

I, Noah J. Kilroy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, as identified on the Notice of Electronic Filing (NEF) on November 5, 2020.

/s/ Noah J. Kilroy

**Noah J. Kilroy**