UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 20-0067-JJM |
| v. | |
| ABRAR ANJUM | |

MOTION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

For Defendant Abrar , a participant in a scheme to defraud that is known to have victimized at least six people and defrauded them of at least $41,627, the Government recommends a one-year term of incarceration, the low end of the applicable Guidelines range. Mr. Anjum, a non-resident who was in the United States on a business visa, opened multiple bank accounts, accepted funds from victims of Tech Fraud, and relayed or attempted to relay those funds to his coconspirators in India.  He knew that the money sent to his account was the proceeds of Tech Fraud.  He provided his money conduit services for a portion of the proceeds.

Without Mr. Anjum's services, his coconspirators, many located in India, would not have been able to collect their share of the money they had stolen from the victims, and Mr. Anjum's services included tracking and prodding others to pass the proceeds to him.  He was not a leader or organizer, but his role was not minimal.  On at least on occasion, he was involved in tracking receipt of the fraud proceeds from others.  Such conduct is not passive or minimal.  With victim PS, he knew that the proceeds of the fraud, $15,000, had been sent to an intermediary.  The intermediary, who unbeknownst to Mr. Anjum was cooperating with investigators, was slow to relay money to Mr. Anjum's account.  Mr. Anjum communicated multiple times with the intermediary to prod him to transfer the funds.  Also, Mr. Anjum passed along money from five other known victims to his coconspirators in India.  In total, the fraud loss associated with Mr. Anjum is $41,627, which at the current exchange rate is 3,038,771 Indian Rupees.

AARON L. WEISMAN
United States Attorney
s/ Milind Shah
MILIND SHAH
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (voice)
401-709-5001 (facsimile)
milind.shah@usdoj.gov

<u>CERTIFICATION</u>

I hereby certify that today, January 23, 2021, I electronically filed the above Motion using the Court's electronic filing system and thereby made the filing available to Defendant's counsel, Noah Kilroy.

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (voice)
401-709-5001 (facsimile)
milind.shah@usdoj.gov